**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEPHANIE SIMPKINS,**

     **Plaintiff,**

                                    **Civil Action 2:12-cv-274**
    **v.**                              **Judge Gregory L. Frost**
                                      **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

**<u>ORDER</u>**

     Plaintiff, Stephanie Simpkins, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for social security disability insurance benefits and supplemental security income. This matter is before the Court for consideration of the United States Magistrate Judge's July 9, 2013 Report and Recommendation. (ECF No. 19.) The Magistrate Judge recommended that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's decision.

     The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 24–25, ECF No. 19.) The time period for

filing objections to the Report and Recommendation has expired.  Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 19), **OVERRULES** Plaintiff's Statement of Errors (ECF No. 12), **AFFIRMS** the Commissioner's decision, and **DIRECTS** the Clerk to terminate this case.

**IT IS SO ORDERED.**

   /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE